■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN A. YOUNG, Appellant. [849 NYS2d 869]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered March 13, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Centra, Fahey and Gorski, JJ.